**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:21CR31** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **KIRK MUNDELL,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the defendant's Motion to Continue Trial [31]. Counsel needs additional time to negotiate a resolution short of trial or further prepare for trial.  For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [31] is granted, as follows:

1.  The jury trial, now set for March 7, 2022, is continued to **May 23, 2022.**

2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 23, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:  February 24, 2022.**

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**