IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>KIRK MUNDELL,<br><br>                Defendant. | 8:21CR31<br><br>ORDER |

This matter is before the Court on the government's Motion for Dismissal (Filing No. 33) pursuant to Federal Rule of Criminal Procedure 48(a). The government requests leave to dismiss, without prejudice, the Indictment (Filing No. 1) against Kirk Mundell. The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion to Dismiss (Filing No. 33) is granted.
2. The Indictment (Filing No. 1) is dismissed without prejudice as to defendant Kirk Mundell only.

Dated this 17th day of May 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge